AMES *v.* AMES.

DIVORCE.
  The decree of the court below granting the wife a divorce
    is affirmed, on appeal.

Appeal from Kent; Dunham (Major L.), J.   Sub-
mitted April 29, 1926.   (Docket No. 169.)   Decided
June 7, 1926.

Bill by Hattie Ames against Herbert Ames for a
divorce.   From a decree for plaintiff, defendant ap-
peals.   Affirmed.

*Dunham & Cholette,* for plaintiff.

*Fred C. Temple,* for defendant.

McDONALD, J.   This cause is before the court for
the second time.   It is an appeal by the defendant
from a decree granting the plaintiff a divorce.   The
facts are stated in the opinion of Justice MOORE in
the former case (231 Mich. 347).   On that appeal
the decree was reversed because of error in excluding
the testimony of two boys, children of the parties.
On the second hearing in the circuit court the testi-
mony of the boys was taken.   It was very unfavor-
able to the defendant, and materially strengthened
the plaintiff's case.   There was also some additional
testimony taken relative to the value of their joint
property.   The circuit judge again entered a decree
for the plaintiff.   The defendant again appeals.
    Every question here involved was considered and
discussed by Mr. Justice MOORE in his opinion in the

former case, on a record more favorable to the defendant than this one.    We adopt what he there said as the opinion in this case.

The decree of the circuit court is in all respects affirmed, with costs to the plaintiff.

BIRD, C. J., and SHARPE, SNOW, STEERE, FELLOWS, WIEST, and CLARK, JJ., concurred.